UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 11-3701-DMG (MRWx) | Date | August 9, 2013 |
| Title | James Rose, etc., et al. v. Deer Consumer Products, Inc. et al. | | |

Present: The Honorable DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| V.R. Vallery | Myra Ponce |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Laurence M. Rosen | William H. Forman |

**Proceedings:** Lead Plaintiff's Motion in Support of Final Approval of Partial Class Action Settlement and Plan of Allocation (98); Lead Plaintiff's Motion for an Award of Attorneys' Fees and Reimbursement of Expenses (99)

The case is called and counsel state their appearance. The Court and counsel confer. Following discussions with counsel, plaintiff's motion in support of final approval of partial class action settlement and plan of allocation, and motion for an award of attorneys' fees and reimbursement of expenses are granted. The Court makes findings as stated on the record

The Court awards Class Counsel attorneys' fees of $531,250, or 25% of the Gross Settlement Fund. The Court also awards Lead Plaintiff Antoine de Sejournet an incentive fee of $10,000 for his lost time in connection with the prosecution of this action. Defendant Deer Consumer Products Inc.'s Motion to Dismiss Amended Class Action Complaint [Doc. 23] and Defendants Arnold Staloff's and Walter Zhao's Motion to Dismiss Amended Class Action Complaint [Doc. #29] are DENIED as moot.

: 10