1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ROSE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>DEER CONSUMER PRODUCTS, INC., YING HE, YUEHUA XIA, ZONGSHU NIE, EDWARD HUA, ARNOLD STALOFF, QI HUA XU, YONGMEI WANG, MAN WAI JAMES CHIU, AND WALTER ZHAO<br><br>Defendants. | Case No.11-CV-3701-DMG (MRWx)<br><br>**ORDER FOR DISTRIBUTION OF CLASS SETTLEMENT FUNDS [108]** |

On July 23, 2014, Lead Plaintiff filed a Motion for Distribution of Class Settlement Funds, and noticed it for hearing on August 29, 2014. No opposition has been filed and the time to do so has passed. The Court finds that this Motion is appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78(b); C.D. L. R. 7-15. The August 29, 2014 hearing is therefore VACATED.

Good cause having been shown, IT IS HEREBY ORDERED THAT:

1. The Court-appointed Claims Administrator, Strategic Claims Services ("SCS"), shall be paid $23,986.83 from the Settlement Fund for unpaid fees and expenses incurred for services rendered and to be rendered in connection with the administration of the Settlement as detailed in Exhibit H to the Affidavit of Paul Mulholland Concerning The Results of the Claims Administration Process ("Mulholland Affidavit").

2. The funds that are currently in the Net Settlement Fund (less any necessary amounts to be withheld for payment of potential tax liabilities and related fees and expenses) shall be distributed on a pro rata basis to the Authorized Claimants identified in Exhibit B-1 to the Mulholland Affidavit, at the direction of Lead Plaintiff's Counsel, The Rosen Law Firm P.A., pursuant to the Stipulation of Settlement filed on December 21, 2012 (the "Stipulation") and the Plan of Allocation set forth in the Notice of Pendency and Proposed Settlement of Class Action that was distributed pursuant to this Court's prior Order.

3. Any person asserting any rejected or subsequently filed claims are finally and forever barred from the date of this Order.

4. The Court finds that the administration of the Settlement and proposed distribution of the Net Settlement Fund comply with the terms of the Stipulation and the Plan of Allocation and that all persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims

submitted herein, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund are released and discharged from any and all claims arising out of such involvement, and all Class Members are barred from making any further claims against the Net Settlement Fund or the Released Parties beyond the amount allocated to them pursuant to this Order.

5. The checks for distribution to Authorized Claimants shall bear the notation "CASH PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION 1 YEAR AFTER DISTRIBUTION DATE." Lead Counsel and court-appointed Claims Administrator, SCS, are authorized to locate and/or contact any Authorized Claimant who has not cashed his, her or its check within said time.

6. Pursuant to Paragraph D.14 of the Stipulation, if there are any remaining funds in the Net Settlement Fund one (1) year after the initial distribution of the Net Settlement Fund by reason of un-cashed distributions or otherwise, and after the Claims Administrator has made reasonable and diligent efforts to have Class Members who are entitled to participate in the distribution of the Net Settlement Fund cash their distribution, any balance remaining in the Net Settlement Fund shall be redistributed and any remaining funds six (6) months after such redistribution shall be contributed to the Legal Aid Foundation of Los Angeles or any not-for profit successor of it.

7. SCS is hereby authorized to discard paper or hard copies of Proofs of Claims and supporting documents not less than one (1) year after all distributions of the Net Settlement Fund to the eligible claimants, and electronic copies of the same not less than three (3) years after all distributions of the Net Settlement Fund to the eligible claimants.

//
//
//

8. This Court retains jurisdiction over any further application or matter which may arise in connection with this action

**IT IS SO ORDERED.**

DATED:	August 13, 2014

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

CC: Fiscal Services